RECEIVED
2010 SEP -1  P 3:51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST STAR BANK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-ARI5 TRUST, WELLS FARGO ASSET SECURITIES CORPORATION, WELLS FARGO BANK, N.A., DAVID MOSKOWITZ, FRANKLIN CODEL, THOMAS NEARY, DOUGLAS K. JOHNSON, and DEUTSCHE BANK SECURITIES, INC.,<br><br>Defendants. | No. – CV-10-3508 LHK<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF SEAN R. MATT |

010194-11 388277 v1

1  SEAN R. MATT, whose business address and telephone number is

2  
3  
4  
5  
Sean R. Matt
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
sean@hbsslaw.com

6  and who is an active member in good standing of the bar of the State of Washington, having
7  applied in the above-entitled action for admission to practice in the Northern District of California
8  on a *pro hac vice* basis, representing First Star Bank Plaintiff.

9  IT IS HEREBY ORDERED THAT THE application is granted, subject to the terms and
10 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
11 *vice*. Service of papers upon and communication with co-counsel designated in the application will
12 constitute notice to the party. All future filings in this action are subject to the requirements
13 contained in General Order No. 45, *Electronic Case Filing*.

14 DATED: September 10, 2010

15  
16  
17  _____
Lucy H. Koh
United States District Judge

[PROPOSED] ORDER GRANTING APPL. FOR ADMISSION
PRO HAC VICE OF SEAN R. MATT – No. CV-10-3508 RS
010194-11 388277 v1

-1-