

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST STAR BANK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-ARI5 TRUST, WELLS FARGO ASSET SECURITIES CORPORATION, WELLS FARGO BANK, N.A., DAVID MOSKOWITZ, FRANKLIN CODEL, THOMAS NEARY, DOUGLAS K. JOHNSON, and DEUTSCHE BANK SECURITIES, INC.,<br><br>Defendants. | No. CV-10-3508 LHK<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF STEVE W. BERMAN |

010194-11 388277 v1

STEVE W. BERMAN, whose business address and telephone number is

  Steve W. Berman
  HAGENS BERMAN SOBOL SHAPIRO LLP
  1918 Eighth Avenue, Suite 3300
  Seattle, Washington 98101
  Telephone: (206) 623-7292
  Facsimile: (206) 623-0594
  steve@hbsslaw.com

and who is an active member in good standing of the bar of the State of Washington, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing First Star Bank Plaintiff.

  IT IS HEREBY ORDERED THAT THE application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: September 10, 2010

_____
Lucy H. Koh
United States District Judge

[PROPOSED] ORDER GRANTING APPL. FOR ADMISSION
PRO HAC VICE OF STEVE W. BERMAN – No. CV-10-3508 RS
010194-11 388277 v1
- 1 -