**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 19 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FIRST STAR BANK, individually and on behalf of all others similarly situated,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-AR15 TRUST; et al.,<br><br>Defendants - Appellees. | No. 10-17470<br><br>D.C. No. 5:10-cv-03508-LHK<br>Northern District of California,<br>San Jose<br><br>ORDER |
| In re: WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION,<br><br>GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT, on behalf of itself and all others similarly situated,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>GOLDMAN SACHS & CO.; et al.,<br><br>Defendants - Appellees. | No. 10-17647<br><br>D.C. No. 5:09-cv-01376-LHK<br>Northern District of California,<br>San Jose |

| | |
|---|---|
| In re: WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION, <br><br> ——————————————— <br><br> VERMONT PENSION INVESTMENT COMMITTEE; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> GOLDMAN SACHS & CO.; et al., <br><br> Defendants - Appellees. | No. 11-15087 <br><br> D.C. No. 5:09-cv-01376-LHK <br> Northern District of California, San Jose |

Appellants' unopposed motion for voluntary dismissal of these appeals is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal except as set forth in the Settlement stipulation.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

By: Peter W. Sherwood
Circuit Mediator

PWS/Mediation